the correct form of petition has been filed and the necessary defendants are before the court, a trial court can then decide that question.

The petition was properly dismissed.

Judgment affirmed.

BURKE and GOLDBERG, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES HAYES, Defendant-Appellant.

(No. 58616;

First District (1st Division)—January 21, 1974.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago (Saul H. Brauner, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Sharon H. Grossman, Assistant State's Attorneys, of counsel), for the People.